IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JDS TWO, LLC )
) No. 3-12-0349
v. )
)
RON SAPP; and THOMAS KEATING )

O R D E R

The plaintiff's motion to continue initial case management conference (Docket Entry No. 5) is GRANTED.

The initial case management conference is RESCHEDULED from May 21, 2012, to **Thursday, June 21, 2012, at 10:00 a.m., central time,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

The Court notes that, in the plaintiff's complaint, counsel asserts that the plaintiff LLC has one member, who is a "resident" of the State of Georgia. The Court assumes that the one member of the plaintiff LLC is an individual, who is a citizen of the State of Georgia, but that it not altogether clear.

The stay of discovery, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, is hereby LIFTED.

Prior to the initial case management conference, counsel for the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall, to the extent possible, exchange initial disclosures pursuant to Rule 26(a)(1).

Prior to the initial case management conference, counsel for the parties shall also confer and shall prepare a proposed, joint initial case management order, including the parties' respective theories of the case, issues resolved and in dispute, proposed scheduling for the progression of the case, and any other relevant matters provided in Local Rule 16.01(d)(1)(c) and 16.01(d)(2). If the parties anticipate discovery of electronically stored information, they shall include in the proposed

initial case management order the methodology for such discovery. See Administrative Order No. 174, entered July 9, 2007. If the parties anticipate little, if any, electronic discovery and they believe it is not necessary to be governed by Administrative Order No. 174, they shall so provide in the proposed initial case management order.

Counsel shall e-file the proposed order prior to the initial case management conference.

All counsel appearing at the initial case management conference shall bring with them their calendars and be cognizant of the calendars of any attorneys not appearing at the initial case management conference whose schedules are relevant to the scheduling in this case.

If the defendants do not obtain counsel to represent them prior to June 21, 2012, the parties shall be relieved of their obligation to file a proposed initial case management order prior to June 21, 2012. However, the defendants shall attend the initial case management conference themselves.

The Clerk is directed to mail a copy of this order to defendant Thomas Keating at 313 Romany Road, #4, Lexington, Kentucky 40502, and to defendant Ron Sapp at 3074 Roxbury Court, West Linn, Oregon 97068, by regular, first class mail and by certified mail.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

2

Case 3:12-cv-00349   Document 7   Filed 05/07/12   Page 2 of 2 PageID #: 36