# IN THE UNITED STATES DISTRICT COURT
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JDS Two, LLC, | ) |
| | ) Case No. 3:12-cv-0349 |
| Plaintiff, | ) |
| | ) Judge Campbell |
| v. | ) Magistrate Judge Griffin |
| | ) |
| Ron Sapp and Thomas Keating, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF DEFAULT

Pending is Plaintiff's Application for Entry of Default against Defendants (Docket Entry No. 11). Service was obtained on Defendant Keating on April 11, 2012 and Defendant Sapp was served on April 28, 2012. Neither Defendant responded within the time period required by law. Plaintiff has supplied statements from the Department of Defense indicating neither Defendant is in the active duty military service (Docket Entries 11-1 and 11-2). Accordingly, Default is entered against both Defendants pursuant to Federal Rule of Civil Procedure 55(a).

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court