IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JDS TWO, LLC )
) No. 3-12-0349
v. )
)
RON SAPP; and THOMAS KEATING )

O R D E R

Pursuant to the order entered May 7, 2012 (Docket Entry No. 7), the initial case management conference was rescheduled to June 21, 2012, at which time counsel for the plaintiff appeared but no appearance was made on behalf of the defendants. Plaintiff's counsel advised that he had not had any recent communication from defendant Sapp and the only recent communication that he has had with defendant Keating was an acknowledgement of receipt of counsel's email reminding him of the initial case management conference on June 21, 2012.

Default was entered by the Clerk against both defendants on June 18, 2012 (Docket Entry No. 13).

Plaintiff's counsel represented that he intends to file a motion for default judgment by July 9, 2012, if the defendants have not taken any action prior thereto.

It appears to the Court that the defendants do not intend to enter an appearance or otherwise defend this action. As a result, the initial case management conference is again continued to **Wednesday, August 29, 2012, at 1:00 p.m., central time,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN. If default judgment has been entered against the defendants prior thereto, the August 29, 2012, initial case management conference will be cancelled.

The Clerk is directed to mail a copy of this order to defendant Thomas Keating at 313 Romany Road, #4, Lexington, Kentucky 40502, and 824 Euclid Avenue, Suite 102, Lexington, Kentucky 40502, and to defendant Ron Sapp at 3074 Roxbury Court, West Linn, Oregon 97068, by regular, first class mail and by certified mail.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge