IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JDS TWO, LLC )
) No. 3-12-0349
v. )
)
RON SAPP; and THOMAS KEATING )

O R D E R

The plaintiff's motion for telephonic status conference (Docket Entry No. 37) is GRANTED.

A telephone conference call is scheduled on **Tuesday, March 26, 2013, at 10:00 a.m., central time.**

Prior to 10:00 a.m. on March 26, 2013, defendant Thomas Keating shall provide a telephone number at which plaintiff's counsel can reach him. Plaintiff's counsel shall call Mr. Keating and, with both Mr. Keating and plaintiff's counsel on the phone, call the Court.

If this date and time presents scheduling conflicts for Mr. Keating, he shall call plaintiff's counsel about rescheduling the conference call or Mr. Keating may file a motion to reschedule the conference.

The Clerk is directed to mail a copy of this order to defendant Thomas Keating at the address listed on the docket and to 824 Euclid Avenue, Suite 102, Lexington, Kentucky 40502, both by regular, first class mail and by certified mail.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge