IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JDS TWO, LLC | ) |
| | ) |
| v. | ) NO. 3-12-0349 |
| | ) JUDGE CAMPBELL |
| RON SAPP and THOMAS KEATING | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 39), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion for Default Judgment against Defendant Sapp (Docket No. 19) is GRANTED, and default judgment is entered against Defendant Sapp in the total amount of $410,606.03 with post judgment interest at the statutory rate of 0.15% as of the date of this judgment.

In the event Defendant Sapp does not pay the full amount of the default judgment within thirty (30) days of entry of this judgment, Plaintiff may move to amend the judgment to include attorney's fees and costs associated with future collection efforts inasmuch as such expenses are specifically provided in the guaranty note signed by Defendant Sapp.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE