IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JDS TWO, LLC )
) No. 3-12-0349
v. )
)
RON SAPP; and THOMAS KEATING )

O R D E R

On March 26, 2013, the plaintiff filed a motion for an order deeming plaintiff's requests for admissions admitted by defendant Thomas Keating (Docket Entry No. 47).

Defendant Keating has until April 9, 2013, to file a response to the motion.

If no response has been filed to the motion, the Court will grant the motion as unopposed in accord with Local Rule 7.01(b).

The Clerk is directed to mail a copy of this order to defendant Keating at the address listed on the docket by regular, first class mail and by certified mail. It is not necessary to mail a copy of this order to defendant Sapp inasmuch as default judgment was entered against defendant Sapp by order entered March 26, 2013 (Docket Entry No. 45).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge